DATE 05/26/2022  CASE NUMBER 4:20CR286-1 SDJ/CAN
LOCATION SHERMAN ANNEX   USA *Eric Erlandson*, AUSA, Appeared for Govt
JUDGE Christine Nowak   VS
DEPUTY CLERK K, Lee   Oscar Simon Ndereva
COURT REPORTER: Digital
BEGIN: 11:07 – 11:27   Attorney: Ronald Wells

☑ CHANGE OF PLEA   Interpreter _____
☐ CHANGE OF PLEA without Plea Agreement

☑ CASE CALLED  ☑ DEFENDANT SWORN  ☐ INTERPRETER REQUIRED  ☐ INTERPRETER SWORN

☑ Defendant appeared ☑ With counsel Ronald Wells

☑ Defendant signs Consent to Administration of Guilty Plea by United States Magistrate Judge.

☑ Defendant to plea guilty to Count One of the Indictment

☑ Court reviews rights, questions Defendant regarding understanding of same.
☑ Defendant waived right to indictment. Waiver of Indictment signed and entered.
☑ Defendant waives reading of the Indictment / Information
☑ AUSA outlines essential elements of the offense.
☑ Court states range of penalty.
☑ AUSA states range of penalty.

**FILED MAY 26 2022 Clerk, U.S. District Court Texas Eastern**

☐ Defendant acknowledged satisfaction with representation of counsel.
☑ Court reviewed rights regarding plea of guilty, jury trial and rights of appeal.
☑ Court reviewed plea agreement with the Defendant.
☑ Court reviewed Factual Basis with Defendant. *read into the record*
☑ Counsel reviewed [sealed] plea addendum with the Defendant and confirms Defendant understands the addendum.
☐ Defendant is not a citizen of the United States  ☐ Defendant is not a legal permanent resident.
☐ Court advised defendant of deportation possibilities ☐ Defendant acknowledged understanding deportation possibility

☐ Forfeiture provision explained to Defendant  ☐ Defendant acknowledged understanding forfeiture provision

☐ Court advised defendant of requirement to register as sex offender
☐ Defendant acknowledged understanding registration requirement

☑ Defendant entered a plea of guilty to Count One of the Indictment
☑ Court will recommend district court accept plea of guilty
☑ Both parties waive the 14 day objection period for the recommendation to the District Judge
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact

☑ Consent Form entered.
☐ Plea Agreement entered under seal.  ☐ Plea Agreement Addendum entered under seal.
☐ Factual Basis entered.

☐ Defendant remanded to custody of USM.

☑ Defendant to remain on Conditions of Release

☐ _____

CRIM 92-114