IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20CR286 |
| v. | § | Judge Jordan |
| | § | |
| OSCAR SIMON NDEREVA | § | |



FILED

MAY 26 2022

Clerk, U.S. District Court
Texas Eastern

## FACTUAL BASIS

The defendant, **Oscar Simon Ndereva**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. The defendant, Oscar Simon Ndereva, who is entering a plea of guilty, is the same person charged in the Indictment;

2. The events and conduct described in the Indictment occurred in the Eastern District of Texas and elsewhere;

3. **Ndereva**, along with others, executed their fraud scheme in the following ways:

   a. Ndereva controlled and operated fraudulent healthcare businesses, including a pharmacy business called "Healogix."

   b. Ndereva opened multiple bank accounts at J.P. Morgan Chase and BBVA Compass Bank.

   c. Ndereva used the identity of a real individual with initials J.K. to operate Healogix and open bank accounts.

   d. Ndereva caused Healogix to submit fraudulent claims to health insurance payors, including BCBSTX, for services and medications that were never prescribed by physicians or provided to patients.

    e. Ndereva received payments for these fraudulent claims from health insurance payors, including BCBSTX, into bank accounts Ndereva opened in the name of J.K.

    f. Ndereva moved money into and out of bank accounts in order to conceal the nature and source of the fraudulently obtained funds.

    g. Ndereva structured check cashing transactions to avoid financial reporting requirements and evade law enforcement detection.

4. Ndereva conspired with others to accomplish the scheme.

5. Ndereva worked with others to control and operate fraudulent healthcare businesses, including a pharmacy business called "Healogix";

6. On or about January 6, 2020, Ndereva caused Healogix to submit a false claim to BCBSTX for migraine medication allegedly prescribed by Dr. T.R. for patient I.J., and in so doing, caused to be transmitted a wire communication in interstate commerce.

7. Between in or around August 2019 and January 2020, Healogix submitted over 780 fraudulent claims to various health insurance payors, including BCBSTX, that totaled approximately $5.068 million. Of the amounts paid by the health insurance payors, at least $1 million was credited to accounts controlled by Ndereva.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.  I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 05-03-2022

_____
OSCAR SIMON NDEREVA
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9.  I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 5-3-2022

_____
RON WELLS
Attorney for the Defendant